No. 11-7163. Charles L. Harris, Petitioner v. United States.

565 U.S. 1086, 132 S. Ct. 831, 181 L. Ed. 2d 539, 2011 U.S. LEXIS 8713, ■

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 11-7168. Ruben Velez, Petitioner v. United States.

565 U.S. 1086, 132 S. Ct. 832, 181 L. Ed. 2d 539, 2011 U.S. LEXIS 8681.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 427 Fed. Appx. 121.

No. 11-7169. Kevin L. Wallace, Petitioner v. United States.

565 U.S. 1086, 132 S. Ct. 832, 181 L. Ed. 2d 539, 2011 U.S. LEXIS 8802.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 417 Fed. Appx. 600.

No. 11-7170. Wanda Tirado, Petitioner v. United States.

565 U.S. 1086, 132 S. Ct. 832, 181 L. Ed. 2d 539, 2011 U.S. LEXIS 8797.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 11-7178. Anthony Campana, Petitioner v. United States.

565 U.S. 1086, 132 S. Ct. 832, 181 L. Ed. 2d 539, 2011 U.S. LEXIS 8668.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 429 Fed. Appx. 586.

No. 11-7180. Michael Ralph Lamberti, Petitioner v. United States.

565 U.S. 1086, 132 S. Ct. 832, 181 L. Ed. 2d 539, 2011 U.S. LEXIS 8741.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 434 Fed. Appx. 733.

No. 11-7193. Ramiret B. Davis, Petitioner v. United States.

565 U.S. 1086, 132 S. Ct. 833, 181 L. Ed. 2d 539, 2011 U.S. LEXIS 8709.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 436 Fed. Appx. 956.

No. 11-7195. Antonio Stowe McDaniel, Petitioner v. United States.

565 U.S. 1086, 132 S. Ct. 833, 181 L. Ed. 2d 539, 2011 U.S. LEXIS 8765.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 440 Fed. Appx. 218.